IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLSTATE VEHICLE & PROPERTY
INSURANCE COMPANY,

        Plaintiff;

vs.

JOHN OBLINSKY & TERESA OBLINSKY, his wife,

        and

BRANDON FISHER, Administrator of
the ESTATE of JACOB FISHER, deceased,

        Defendants.

Civil Action No.  3:23cv302

Declaratory Judgment

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties that the above-captioned matter is DISMISSED with prejudice, and without costs assessed to any party.

                   Respectfully submitted,

CUTRUZZULA & NALDUCCI       DICKIE, McCAMEY, & CHILCOTE, P.C.

By: /s/ Walter J. Nalducci         By: /s/ J. David Ziegler
Walter J. Nalducci, Esquire         J. David Ziegler, Esq.
3300 Grant Building            Pa. I.D. No. 92882
330 Grant Street             Two PPG Place, Suite 400
Pittsburgh, PA 15219           Pittsburgh, PA 15222
*Counsel for Defendant, Brandon Fisher*    (412) 281-7272
                   dziegler@dmclaw.com
                   *Counsel for Plaintiff*

By: *Teresa Oblinsky* (signature)
Teresa Oblinsky
1774 Fairlane Road
Summerhill, PA 19355
*Pro se Defendant*

By: _____
John T. Oblinsky-QN8459
SCI Greene
P.O. Box 33028
St. Petersburg, FL 33733
*Pro se Defendant*

AND NOW, this 16th day of January, 2025,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

3